## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE ROBERT M. LEYV**     DATE :   2 /10 /12

**DOCKET NUMBER:  12 CR 94 (FB )**      LOG # :   11:16 - 11:18

**DEFENDANT'S NAME :    PAT TRUGLIA**
✓ Present    ___ Not Present    ___ Custody    ✓ Bail

**DEFENSE COUNSEL :     BARRY SCHULMAN**
___ Federal Defender    ___ CJA    ✓ Retained

Kristin Mace for ✓

**A.U.S.A   LIZ GEDDES**        DEPUTY CLERK :   SM YUEN

**INTERPRETER :** _____ (Language) _____

_____ Hearing held.  _____ Hearing adjourned to _____

_____ Defendant was released on _____ PRB with/without some conditions.

_____ Defendant was advised of bond conditions by the Court and signed the bond.

_____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____ Additional surety (ies) to co-signed bond by _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop_____

✓ Order of Speedy Trial entered.   Code Type____   Start 2/10/12  Stop 3/8/12

_____ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

_____ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_____ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** _____