LAW OFFICES OF

## Barry E. Schulman

ATTORNEY AT LAW
16 Court Street
Suite -1800
BROOKLYN, NEW YORK 11241

-----------

(718) 855-8855
FAX (718) 875-1768
E-Mail: barryeschulman@aol.com

DEBORAH A. SANTELMO
   OF COUNSEL

**BY ECF**　　　　　　　　　　　　　　　　　　March 6, 2012

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Pat Truglia
            12 CR 00094

Dear Judge Block:

    Reference is made to our telephone conversation of March 5, 2012, with Your Honor's clerk in which we requested that the above-named defendant be excused from appearing at our status conference, currently scheduled for Thursday, March 8, 2012 at 2:30 p.m. This letter will confirm that Assistant United States Attorney Elizabeth Geddes has consented to the defendant's absence from the conference.

    This request is made in light of the fact that Mr. Truglia lives in Florida; that his mother is undergoing a uterine cancer operation on Thursday, March 8, 2012, and the need for extensive discovery to be reviewed before any contemplated motions are made.

    Thank you for your time. If Your Honor has any further questions, please contact the undersigned.

                                                       Very truly yours,

                                                       BARRY E. SCHULMAN

cc: AUSA Elizabeth Geddes
    Eastern District of New York